**DISMISS; and Opinion Filed May 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00315-CR

### MICHAEL BERNARD MCGEE, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-58674-Q**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Brown

Michael Bernard McGee pleaded guilty to felony assault involving family violence.

Pursuant to a plea agreement, the trial court sentenced appellant to ten years' imprisonment. The

trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d);

*see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for

want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140315F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MICHAEL BERNARD MCGEE, Appellant

No. 05-14-00315-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-58674-Q.
Opinion delivered by Justice Brown.
Justices Lang and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 27th day of May, 2014.

/Ada Brown/
ADA BROWN
JUSTICE